```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

CRIMINAL NO. 11-50086-001        USA v. JAMES WYMES

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. DAVID HARRIS

Clerk: GAIL GARNER               Deft. BRUCE EDDY

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 3553(e) and 5K1.1 - granted and 2-level reduction awarded.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    70 months imprisonment on Count 2 and 120 months imprisonment on Count 3, terms to run consecutively; 3 years supervised release on Count 2 and 3 years supervised release on Count 3, terms to run concurrently; $10,000.00 fine - interest waived.

Criminal No. 11-50086-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

    Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

- (X) Defendant ordered to pay total special assessment of $200.00, for counts 2&3, which shall be due immediately.
- (X) Count 1 dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: AUGUST 1, 2013                    Proceeding began: 2:12 pm

                                                                      ended: 3:13 pm