**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                                  **CASE NO. 5:11-CR-50086-001**

**JAMES WYMES**                                                      **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 55) filed in this case on July 19, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the remaining claims of Defendant's Motion to Modify Sentence (Doc. 51) are **DENIED.**

**IT IS SO ORDERED** on this _8th_ day of August, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE